# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) NO.: 3:16-CR-209-MOC-DCK |
|---|---|
| v. | ) |
| TORMEKA GRAVES | ) ORDER |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal Factual Basis" (Document No. 55) filed December 2, 2016. By and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, the government seeks an order directing that the Factual Basis be sealed until further order of this Court. Having carefully considered the motion, and noting that the motion is not in compliance with LCvR 6.1, the undersigned will <u>deny</u> the motion, without prejudice to re-file.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal Factual Basis" (Document No. 55) is **DENIED** without prejudice to re-file.

**SO ORDERED**.

Signed: December 5, 2016

_____
David C. Keesler
United States Magistrate Judge