IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO.: 3:16-CR-209- MOC-DCK |
| vs | ) | |
| | ) | |
| TORMEKA GRAVES | ) | |
| | ) | |

## ORDER SEALING FACTUAL BASIS

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Factual Basis be sealed, to protect the secrecy of an on-going criminal investigation until further order of this Court,

**IT IS HEREBY ORDERED** that the Factual Basis be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 12th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE